NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ISAIAH JOEL DUPREE,          )
                                         )
          Appellant,       )
                                         )
v.                          )       Case No. 2D20-916
                                       )
STATE OF FLORIDA,        )
                                       )
          Appellee.        )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Melissa Polo,
Judge.

Isaiah Joel Dupree, pro se.


PER CURIAM.

        Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); State v. Richardson, 915 So. 2d 86 (Fla. 2005); Teal v. State, 862 So. 2d 871 (Fla. 2d DCA 2003); McCall v. State, 862 So. 2d 807 (Fla. 2d DCA 2003); Westberry v. State, 906 So. 2d 1141 (Fla. 3d DCA 2005).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.